# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOUTH COMMONS CONDOMINIUM, ASSN. ET AL.,<br>    Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 3:12-cv-30102-MAP |
| CITY OF SPRINGFIELD, ET AL.,<br>    Defendant | )<br>) | |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: September 6, 2013

/s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
   [jgm.]